JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TOMMY SANCHEZ AKA TOMMY L. SANCHEZ,<br><br>Defendant | No. 2:15cv 4895<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Tommy Sanchez aka Tommy L. Sanchez, in the principal amount of $4,384.84 plus interest accrued to June 1, 2015, in the sum of $10,145.86; with interest accruing thereafter at $1.11 per day until entry of judgment, administration costs in the amount of $16.04, for a total amount of **$14,546.74**.

DATED: 6/30/15

By: KIRY GRAY, ACTING CLERK OF COURT
Clerk of the Court

Deputy Clerk
United States District Court